■ In the Matter of NALDY RODRIGUEZ, Petitioner, v ALBERT PRACK, as Director of Special Housing and Inmate Disciplinary Programs, Respondent. [37 NYS3d 722]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision finding petitioner guilty of violating a prison disciplinary rule.

Petitioner commenced this CPLR article 78 proceeding challenging a prison disciplinary determination. The Attorney General has advised this Court that the determination has been administratively reversed, all references thereto expunged from petitioner's institutional record and petitioner's inmate account was never charged the $5 mandatory surcharge. In view of this, petitioner has received all the relief to which he is entitled and the appeal must be dismissed as moot (*see Matter of Makas v Venettozzi,* 138 AD3d 1342, 1342-1343 [2016]; *Matter of Rizzuto v Prack,* 137 AD3d 1381, 1382 [2016]). As the record discloses that petitioner was assessed a $15 reduced filing fee, he is entitled to a refund of that amount (*see Matter of Clark v New York State Dept. of Corr. & Community Supervision,* 138 AD3d 1331, 1332 [2016]).

Garry, J.P., Egan Jr., Lynch, Clark and Aarons, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs, but with disbursements in the amount of $15.